GIBSON v. FERRIS *et al.*, (two cases.)

*(Common Pleas of New York City and County, General Term.* April 7, 1890.)

APPEAL—REVIEW—WEIGHT OF EVIDENCE.
   The findings of the trial court on a question of fact will not be disturbed on appeal where there is some evidence to sustain them.

Appeals from third district court.

Two actions, brought by John W. Gibson, in which Augustus F. Ferris and another, and Sylvanus Ferris and another were the respective defend-

ants. There was judgment for plaintiffs in both actions, and defendants appeal therefrom.

Argued before LARREMORE, C. J., and BISCHOFF, J.

*P. Van Alstine,* for appellants.    *William C. Findlay,* for respondent.

LARREMORE, C. J.    These actions were brought to recover possession of certain personal property. Defendant's contention on the trial was that one Edward J. Tyler, who took possession of the property under a bill of sale, was not a *bona fide* purchaser for value; that a chattel mortgage previously given upon the property was a valid lien on the same. The mortgage was filed but not renewed, and therefore, as against *bona fide* purchasers or creditors, was clearly invalid. The question of the *bona fides* of the transaction was passed upon by the court below, and, as there was some evidence to sustain such finding, I do not think the judgment should be disturbed, but should be affirmed, with costs.